ESTATE OF NERO DIREZZA, DECEASED, JAMES L. DIREZZA, PERSONAL REPRESENTATIVE, PETITIONER *V.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT

Docket No. 16705–79.

On September 30, 1981, by order of Judge Arthur L. Nims III, opinion filed July 29, 1981, was withdrawn and order of dismissal entered August 3, 1981, was vacated.